JOHN M. PORTER, SB# 62427
E-Mail: porter@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
Telephone: (909) 387-1130
Facsimile: (909) 387-1138

Entered JS-6

Attorneys for Defendants,
County of Riverside and John Hoeltje

O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| BRYAN DANIEL JACKSON, | CASE NO. ED CV 07-01349 SGL (JCRx) |
| Plaintiff, | ORDER GRANTING APPLICATION AND STIPULATION FOR DISMISSAL WITH PREJUDICE |
| v. | |
| COUNTY OF RIVERSIDE, et al., | |
| Defendants. | |

**ORDER**

Good cause appearing therefor

**IT IS ORDERED** that the action is dismissed with prejudice with the parties to bear their own costs and attorney fees.

DATED:   October 6, 2008

*S. G. Larson*

Hon. Stephen G. Larson
United States District Court Judge

4820-9599-4883.1

ORDER GRANTING APP & STIP FOR DISMISSAL WITH PREJUDICE